IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

Vernell McKnight )
       Petitioner, )
)
vs. ) No. CIV 09-358-FHS-KEW
)
Walter Dinwiddie, Warden, )
       Respondent. )

O R D E R

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **TULSA** County, Oklahoma, which is located within the territorial jurisdiction of the **NORTHERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **NORTHERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 23rd day of September, 2009.

Frank H. Seay
United States District Judge